Susan F. Halman, State Bar No. 111511
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: shalman@selvinwraith.com

Attorneys for Defendant
NIC Insurance Company; Navigators Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCHMITT, doing business as, SCHMITT CONSTRUCTION, a California partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>NIC INSURANCE COMPANY, a New York corporation, NAVIGATORS INSURANCE COMPANY, a New York corporation, and Does 1 to 20,<br><br>          Defendant. | CASE NO.: 3:06cv05837-MHP<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 25, 2006 |

**THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:**

Plaintiff Richard Schmitt dba Schmitt Construction ("Plaintiff") and Defendant NIC Insurance Company have entered into a Compromise Settlement Agreement and Release resolving this action as to all parties, including Defendant Navigators Insurance Company. Pursuant to the terms of the Compromise Settlement Agreement and Release, and in accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate:

    1.    The above-entitled action shall be dismissed, with prejudice, as against all Defendants;

    2.    The parties shall bear their own costs and fees, except as provided otherwise in the Compromise Settlement Agreement and Release;

3. The parties executing this Stipulation are the only parties who have appeared in this action.

Dated: 9-9-08

THE COSTA LAW FIRM

By: _____
Daniel P. Costa
Attorneys for Plaintiff
Richard Schmitt dba Schmitt Construction

Dated: August 25, 2008

SELVIN WRAITH HALMAN LLP

By: _____
Susan F. Halman
Attorneys for Defendant
NIC Insurance Company

Dated: August 25, 2008

SELVIN WRAITH HALMAN LLP

By: _____
Susan F. Halman
Attorneys for Defendant
Navigators Insurance Company

44649.doc

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA